◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS GONZALEZ, Appellant. [61 NYS3d 907]—

Judgment, Supreme Court, Bronx County (Denis J. Boyle, J.), rendered July 28, 2011, convicting defendant, after a jury trial, of two counts of operating a motor vehicle under the influence of alcohol or drugs, and sentencing him to an aggregate fine of $1,000 and a conditional discharge, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing

the jury's credibility determinations. The evidence, viewed as a whole, establishes that defendant was operating a car at a time when he was undisputedly intoxicated. Concur—Tom, J.P., Manzanet-Daniels, Mazzarelli, Oing and Singh, JJ.